UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIY M. KUCHEYNIK and ALENA I. KUCHEYNIK, husband and wife,,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SEATTLE PRIME MORTGAGE; AMERICAN BROKERS CONDUIT; AMERICAN HOME MORTGAGE SERVICING, INC.; and FIDELITY NATIONAL TITLE INSURANCE CO., as Trustee, and DOES I - VII,<br><br>Defendant. | No.<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC. |

Defendant American Home Mortgage Servicing, Inc. ("American Home Mortgage") provides the following corporate disclosure statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. American Home Mortgage states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

CORPORATE DISCLOSURE STATEMENT
(No. _____) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0029/LEGAL17914417.1

DATED: March 17, 2010

s/ Penny Fields, WSBA No. 36024
Frederick B. Rivera, WSBA No. 23008
FRivera@perkinscoie.com
PFields@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
AMERICAN HOME MORTGAGE SERVICING, INC.

CORPORATE DISCLOSURE STATEMENT
(No. _____ ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0029/LEGAL17914417.1